UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR93-2051 |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING DEFENDANT'S |
| vs. | ) | TIME TO REPLY IN SUPPORT OF |
| | ) | MOTION TO MODIFY SENTENCE |
| PHILLIP J. ROBBINS, | ) | |
| Defendant. | ) | |
| | ) | |

This matter comes before the Court on Defendant's Motion to Continue Time to Rely to Government's Response to Motion to Modify Sentence [Dkt #104]. The government does not oppose the motion for an extension of time. Based upon a review of Defendant's Motion and of the records and files herein,

IT IS HEREBY ORDERED that the Defendant's time to reply in support of Motion to Modify Sentence be continued until April 14, 2008. Defendant's Motion to Modify Sentence [Dkt. #100] is renoted for April 21, 2008, without oral argument.

DONE this 4th day of March, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
RESPONSE DATE -- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER CONTINUING
RESPONSE DATE -- 2